IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GARY DREWS,**<br><br>　　　　**Plaintiff,**<br><br>vs.<br><br>**JOBO's INC. d/b/a BJ ROOSTERS, et al.,**<br><br>　　　　**Defendants** | Civil Action No. 1:14-cv-03774-ODE |

### LR 26.3 Certificate of Serving Discovery
### And
### Certificate of Service

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of **1) Plaintiff's First Continuing Interrogatories to Defendant Jobo's, Inc., 2) Plaintiff's First Continuing Interrogatories to the Individual Defendants, 3) Plaintiff's First Continuing Requests for Production of Documents to all Defendants, and 4) Plaintiff's First Continuing Requests for Admission to All Defendants** by electronic mail and by depositing the same in the United States Mail with sufficient postage thereon to the following:

J. Larry Stine
Elizabeth K. Dorminey
Wimberly, Lawson, Steckel, Schneider & Stine, PC

1

Suite 400, Lenox Towers<br>
3400 Peachtree Road, N.E.<br>
Atlanta, Georgia 30326

I further certify that I electronically filed this Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to said counsel.

Respectfully submitted this 19th day of May, 2015.

*s/ Charles R. Bridgers*

Charles R. Bridgers
Georgia Bar No. 080791

Attorney for Plaintiff
