IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GARY DREWS,**<br><br>           **Plaintiff,**<br><br>     **vs.**<br><br>**JOBO's INC. d/b/a BJ ROOSTERS,** **et al.,**<br><br>           **Defendants** | Civil Action No. 1:14-cv-03774-ODE |

## PLAINTIFF'S NOTICE OF FILING OF ORIGINAL SEALED DEPOSITION TRANSCRIPTS

Plaintiff Gary Drews, by and through undersigned counsel and pursuant to Rule 56.1(C) of the Local Rules of this Court, hereby files this Notice of Filing of Original Sealed Deposition Transcripts as follows:

1. 30(b)(6) Deposition of Robert Hamill and exhibits taken on July 10, 2015

2. Deposition of John Molinari and exhibits taken on July 10, 2015

3. Deposition of David Havener and exhibits taken on July 15, 2015

4. Deposition of Adam Hollobaugh and exhibits taken on July 15, 2015

5. Deposition of Lance Mardis and exhibits taken on July 15, 2015

6. Deposition of Terry Moody and exhibits taken on July 15, 2015

7. Deposition of Richard Martin and exhibits taken on May 2, 2014 in the matter of *Richard Martin v. Jobo's, Inc. d/b/a BJ Roosters et al,* Case No. 1:13-cv-4242-RLV

8. Deposition of Robert Hamill and exhibits taken on May 2, 2014 in the matter of *Richard Martin v. Jobo's, Inc. d/b/a BJ Roosters et al,* Case No. 1:13-cv-4242-RLV

9. 30(b)(6) Deposition of John Molinari and exhibits taken on June 23, 2014 in the matter of *Richard Martin v. Jobo's, Inc. d/b/a BJ Roosters et al,* Case No. 1:13-cv-4242-RLV

**Local Rule 7.1 (D) Certification**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14 point font, in compliance with LR 5.1C NDGa.

Respectfully submitted this 2nd day of October, 2015.

**DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC**

*s/Matthew W. Herrington*
Matthew W. Herrington
Ga. Bar No. 275411

*s/Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Ga. Bar No. 262375

*s/Charles R. Bridgers*
Charles R. Bridgers
Ga. Bar No. 080791

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (f)
Matthew.herrington@dcbflegal.com
charlesbridgers@dcbflegal.com
kevin.fitzpatrick@dcbflegal.com

**Counsel for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GARY DREWS,**<br><br>　　**Plaintiff,**<br><br>　　vs.<br><br>**JOBO's INC. d/b/a BJ ROOSTERS, et al.,**<br><br>　　**Defendants** | Civil Action No. 1:14-cv-03774-ODE |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF FILING OF ORIGINAL SEALED DEPOSITION TRANSCRIPTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This 2nd day of October, 2015.

　　　　　　　　　　　　　　　　　　　　*s/Matthew W. Herrington*
　　　　　　　　　　　　　　　　　　　　Matthew W. Herrington
　　　　　　　　　　　　　　　　　　　　Ga. Bar No. 275411

4