IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY DREWS,<br><br>    **Plaintiff,**<br><br>vs.<br><br>JOBO's INC. d/b/a BJ ROOSTERS, et al.,<br><br>    **Defendants** | Civil Action No. 1:14-cv-03774-ODE |

## SETTLEMENT AGREEMENT

On or about April 8, 2014, Plaintiff Gary Drews filed an Amended Complaint in this Court seeking relief for alleged violations of the Fair Labor Standards Act ("FLSA") with respect to the alleged failure to properly pay him minimum wages by Defendants Jobo's, Inc., Robert Hamill, and John Molinari.

WHEREFORE, it is agreed that Defendants owe, jointly and severally in favor of Plaintiff Gary Drews and his attorneys in the following amount of $91,917.03. Defendants are jointly and severally liable for that amount, as well as post-judgment interest on the amount remaining to be paid:

Gary T. Drews                              $66,694

DeLong, Caldwell, Bridgers,     $25,223.03
Fitzpatrick & Benjamin, LLC

This **8th** day of **December** 2015.

AGREED TO:

**Jobo's, Inc.**                        **Robert Hamill**
By Robert Hamill

_____ 12-4-15     _____ 12-4-15
Signature    Date                  Signature    Date

**John Molinari**

_____ 12-4-15
John Molinari    Date

DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC

_____
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375
Charles R. Bridgers
Georgia Bar No. 080791
Matthew W. Herrington
Georgia Bar No. 275411

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (f)
kevin.fitzpatrick@dcbflegal.com

charlesbridgers@dcbflegal.com
matthew.herrington@dcbflegal.com

COUNSEL FOR PLAINTIFF