FILED IN CHAMBERS

DEC 10 2015

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY DREWS,<br><br>**Plaintiff,**<br><br>vs.<br><br>JOBO's INC. d/b/a BJ ROOSTERS, et al.,<br><br>**Defendants** | Civil Action No. 1:14-cv-03774-ODE |

## [~~Proposed~~] ORDER

This matter is before the Court upon Plaintiff's Consent Motion to Approve Settlement. This case involves claims under the Fair Labor Standards Act, as amended, 29 U.S.C § 201, et seq., based on Defendants' alleged failure to properly compensate Plaintiff at or above the federal minimum wage. Defendants have denied all liability to Plaintiff.

The Court has reviewed the proposed Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the dispute. Accordingly, Plaintiff's Motion is GRANTED, and the Settlement Agreement is APPROVED and incorporated herein.

This Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED, this 9 day of December 2015

_____
Hon. Orinda D. Evans
Senior Judge, United States District Court
Northern District of Georgia